## Commonwealth *v.* Miller, Appellant.

Submitted November 13, 1972.  *Simon B. John,* Assistant Public Defender, for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mills, Appellant.

Submitted November 16, 1972.  *Burton L. Fish,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.